**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:93-cr-00075-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PAULA ANDREWS, | ) | |
| Defendant. | ) | |

   On June 24, 2016, defendant filed a protective abridged motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 171). Because the motion is second or successive, defendant has also filed an application in the Ninth Circuit Court of Appeals for authorization to file her motion. As of this date, defendant's application remains pending.

   Pursuant to First Amended General Order 2015-03, proceedings on defendant's petition are hereby stayed and abeyed pending the Ninth Circuit's decision on her second or successive application. Defendant's motion to vacate is deemed filed *nunc pro tunc* to June 24, 2016.

   IT IS SO ORDERED.

   DATED: This 4th day of January, 2017.

   _____
   UNITED STATES DISTRICT JUDGE