# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:93-cr-00075-HDM-VPC-1 |
| Respondent/Plaintiff, | |
| v. | ORDER |
| PAULA ANDREWS, | |
| Petitioner/Defendant. | |

Proceedings on defendant's 28 U.S.C. § 2255 petition are stayed pending the Ninth Circuit's decision in *United States v. Begay*, 14-10080. The *Begay* court has under submission whether the residual clause of 18 U.S.C. § 924(c)(3) is unconstitutionally vague in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). Whether *Johnson* applies to § 924(c)(3) is a threshold question in this case, and the Ninth Circuit's decision in *Begay* will likely answer this question. Accordingly, this action will remain stayed pending the decision in *Begay*, or until further order of the court.

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

1