# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Respondent/Plaintiff,<br>v.<br>PAULA ANDREWS,<br><br>      Petitioner/Defendant. | 3:93-cr-00075-HDM-VPC-1<br><br>ORDER |

Proceedings on defendant's 28 U.S.C. § 2255 petition continue to be stayed pending the Ninth Circuit's decision in *United States v. Begay*, 14-10080. The government's motion for leave to advise the court of relevant new authority (ECF No. 183) is **GRANTED**. The defendant's motion to stay (ECF No. 184) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: This 8th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

1