UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>PAULA ANDREWS,<br><br>    Defendant. | Case No. 3:93-cr-00075-HDM<br>Case No. 3:17-cv-00158-HDM<br><br>ORDER |

Pursuant to the court's orders staying proceedings on the defendant's 28 U.S.C § 2255 motion (ECF Nos. 181 & 189), the clerk of court is directed to also stay the associated civil case 3:17-cv-00158-HDM, which is maintained for statistical purposes.

IT IS SO ORDERED.

DATED: This 9th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE