UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:93-cr-00075-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| PAULA ANDREWS, | |
| Defendant. | |

The defendant's motion for leave to file Exhibit B, which consists of the defendant's medical records, under seal (ECF No. 196) is GRANTED. Exhibit B (ECF No. 195) is deemed properly filed under seal.

IT IS SO ORDERED.

DATED: This 21st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

1