UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PAULA ANDREWS,<br><br>                    Defendant. | Case No. 3:93-cr-00075-HDM<br>Case No. 3:17-cv-00158-HDM<br><br><br>ORDER |

On December 1, 2020, the defendant filed a second supplement to her 28 U.S.C. § 2255 motion. (ECF No. 205). The government moved to strike the second supplement (ECF No. 206). In response, the defendant withdrew her second supplement. (ECF No. 207).

Accordingly, the defendant's second supplement (ECF No. 205) is deemed WITHDRAWN. As the supplement has been withdrawn, the government's motion to strike the second supplement (ECF No. 206) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: This 21st day of December, 2020.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE