# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Paula Andrews,<br><br>      Defendant. | Case No. 3:93-cr-00075-HDM-1<br><br>**Order Resetting Deadline for Defendant's Reply to the Government's Response in Opposition to First Amended and Supplement Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentences under 28 U.S.C. § 2255**<br>**(ECF Nos. 215, 218)** |

**IT IS HEREBY ORDERED** that the current August 31, 2021 deadline for Defendant's Reply to the Government's Response in Opposition to First Amended and Supplement Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentences under 28 U.S.C. § 2255 (ECF Nos. 215, 218) is vacated, extended by 30 days, and reset for September 30, 2021.

**Dated** this 31st day of August 2021.

_____
UNITED STATES DISTRICT COURT JUDGE