UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Paula Andrews,<br><br>        Defendant. | Case No. 3:93-cr-00075-HDM-1<br><br>**Order Staying further briefing for Defendant's First Amended and Supplement Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentences under 28 U.S.C. § 2255 pending** *United States v. Begay* **(ECF Nos. 215, 218)** |

**IT IS HEREBY ORDERED** that the current October 29, 2021 deadline for Defendant's Reply to the Government's Response in Opposition to First Amended and Supplement Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentences under 28 U.S.C. § 2255 (ECF Nos. 215, 218) is vacated.  All further briefing in this matter is stayed pending resolution of *United States v. Begay*, 934 F.3d 1033 (9th Cir. 2019), *pet. for reh'g en banc granted*, No. 14-10080 (9th Cir. Oct. 27, 2021).  Counsel for Ms. Andrews is to notify this Court within 14 days of en banc resolution in *Begay*, at which time this Court may set a further briefing schedule.

   **Dated** this  28th  day of  October   2021.

                                                                         
                                                   UNITED STATES DISTRICT COURT JUDGE