UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br><br>PAULA ANDREWS,<br><br>               Defendant. | Case No. 3:93-cr-00075-HDM<br>Case No. 3:17-cv-00158-HDM<br><br>ORDER |

Proceedings on the defendant's 28 U.S.C. § 2255 motion have been stayed pending final resolution of *United States v. Begay*, No. 14-10080. *Begay* has now concluded with the U.S. Supreme Court's denial of the defendant's petition for writ of certiorari on October 11, 2022. However, the defendant's latest status report (ECF No. 225) indicated that two other pending Ninth Circuit cases – also stayed for a time pending *Begay* – are relevant to her claims in this matter. Both cases, *United States v. Draper*, No. 17-15104 and *United States v. Morrison*, No. 18-35931, are now under submission following oral argument. It is not clear if the parties seek a continued stayed of this matter pending resolution of *Draper* and *Morrison* or whether they wish for this matter to proceed. Accordingly, on or before February 6, 2023, the parties shall advise the court whether they believe the stay should be lifted

1

and a briefing schedule issued or whether a continued stay remains appropriate.

IT IS SO ORDERED.

DATED: This 5th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE