UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Paula Andrews,<br><br>        Defendant. | Case No. 3:93-cr-00075-HDM-1<br><br>**Order Staying Briefing Pending**<br>***United States v. Draper*** |

**IT IS HEREBY ORDERED** this matter is stayed pending resolution of *United States v. Draper*, No. 17-15104 (9th Cir.) (argument held Dec. 5, 2022). Counsel for Ms. Andrews is to notify this Court within 14 days of a decision in *Draper*, at which time this Court may set a new briefing schedule.

**Dated** this 7th day of February 2023.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT COURT JUDGE