UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAULA ANDREWS,<br><br>　　　　　　Defendant. | Case No. 3:93-cr-00075-HDM<br>Case No. 3:17-cv-00158-HDM<br><br>ORDER |

Pursuant to the notice and request to lift stay filed by the defendant on March 11, 2024 (ECF No. 230), the stay of proceedings on the defendant's 28 U.S.C. § 2255 motion is hereby LIFTED. The defendant shall have to and including May 1, 2024, to file a reply to the government's responses to her first amended motion to vacate and supplement thereto. The government may thereafter petition the court for leave to file a sur-reply in the event it deems it appropriate.

　　　IT IS SO ORDERED.

　　　DATED: This 1st day of April, 2024.

　　　　　　　　　　　　　　　　_Howard D. McKibben_
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE